UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY GERACI and GREGORI GERACI,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | NO. 2:20-CV-00261-SAB<br><br>**JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR OCTOBER 4, 2021** |

Recently, the above-captioned case was reassigned to this Court. Prior to this, the jury trial was set for October 4, 2021. ECF No. 69. This Order sets forth additional deadlines that correspond to that trial date.

Accordingly, **IT IS ORDERED:**

### PROFESSIONALISM AND COURT-ASSISTED MEDIATION

**1. Civility and Professional Conduct**. Counsel should review and employ the Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2. Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order. The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

**JURY TRIAL SCHEDULING ORDER** ~ 1

**3. Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful.

### TRIAL DATES

**4. Jury Trial.** The jury trial shall commence on **October 4, 2021**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of ten to twelve days.

**5. Pretrial Conference.** An in-person pretrial conference will be held on **September 23, 2021**, at **9:00 a.m.** in **SEATTLE**, Washington.

### DISCOVERY DEADLINES

**6. Initial Disclosures.** The parties indicate that initial disclosures were exchanged while the case was pending in the MDL.

**7. Expert Disclosures.** Reports of the parties' expert witnesses were served while the case was pending in the MDL.

**8. Discovery.** Fact and expert discovery were completed in the MDL.

    A. *Discovery Conferences*. To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited ruling on discovery disputes. Prior to the conference, each party may submit to the Court a one-page summary explaining the discovery dispute.

### MOTION DEADLINES

**9. Motions to Amend Pleadings**. Any motion to amend the pleadings shall be filed and served by **April 7, 2021**.

**10. *Daubert* Motion Deadline.** The parties filed all *Daubert* motions, response and replies while the case was pending in the MDL.

**11. Dispositive Motions Deadline.** The parties have filed all dispositive motions, responses and replies, in the MDL and all remain pending.

**12. Motions *in Limine*.**

    A. *Motions* in Limine: shall be filed and served on or before **September 6, 2021**.

**JURY TRIAL SCHEDULING ORDER** ~ 2

B. *Responses*: shall be filed and served on or before **September 13, 2021**.

C. *Replies*: shall be filed and served on or before **September 20, 2021**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **August 30, 2021**.

B. *Identification*: The witness list shall include identification of each witness's testimony.

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **September 6, 2021**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **September 13, 2021**.

**14. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **September 14, 2021**.

**JURY TRIAL SCHEDULING ORDER** ~ 3

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

The parties shall notify the Court on or before **August 20, 2021** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**16. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **September 22, 2021** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 13(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**17. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **September 29, 2021**.

**18. Jury Instructions.** No later than **September 29, 2021**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the

modification and cite legal authority for the modification.

**19. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

    A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

    B. *Exhibit List*. One copy of a final joint exhibit list.

    C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**20. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

## SETTLEMENT CONFERENCE

**21. Settlement Conference**. A settlement conference shall be held no later than **June 20, 2021**.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 11th day of June 2020.

*[signature: Stanley A. Bastian]*
_____
    STANLEY A. BASTIAN
   United States District Judge

**JURY TRIAL SCHEDULING ORDER ~ 5**