UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY GERACI and GREGORY GERACI,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | NO. 2:20-CV-00261-SAB<br><br>**ORDER GRANTING JOINT MOTION FOR A STAY OF PROCEEDINGS** |

Before the Court is the parties' Joint Motion for a Stay of Proceedings, ECF No. 71. The motion was heard without oral argument.

The parties jointly request that the Court stay all proceedings in this action for 30 days to allow the parties to finalize a settlement. They indicate they have reached a settlement in principle. Good cause exists to grant the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT MOTION FOR A STAY OF PROCEEDINGS** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Motion for a Stay of Proceedings, ECF No. 71, is **GRANTED**.

2. The above-captioned case is **stayed** for 30 days.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 18th day of June 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING JOINT MOTION FOR A STAY OF PROCEEDINGS ~ 2**