UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY GERACI and GREGORY GERACI,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>      Defendant. | NO. 2:20-CV-00261-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice, ECF No. 75. The parties stipulate and ask that this action be voluntarily dismissed without prejudice and without costs to any party.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to the parties' Stipulation, ECF No. 75, the above-captioned case is dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 2nd day of September 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2